

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2022

No. 04-22-00062-CR

Ricardo **ARREOLA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0097-CRA
Honorable Walden Shelton, Judge Presiding

# O R D E R

This court has received the clerk's record and supplements, which contain no signed order following the trial court's denial of Appellant's motion to suppress. Accordingly, this court orders the trial court to file an order finalizing its ruling from March 1, 2021, with the Court of Appeals and to enter a signed order if it has not been entered. *See* TEX. R. APP. P. 27.2; *Hodo v. State*, 419 S.W.3d 382, 386 (Tex. App.—Amarillo 2010, no pet.). **The due date for the order is November 14, 2022**.

All other deadlines in this appeal are **suspended** pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court